1  **LAW OFFICES OF AMIR M. KAHANA, P.C.**
2  Amir M. Kahana (SBN 218149)
   18101 Von Karman Ave., Suite 230
3  Irvine, California 92612
   Telephone: (949) 812-4781
4  Facsimile: (949) 281-2105
   Email: amk@kahanalaw.com
5
   **LAW OFFICE OF MATTHEW D. TAYLOR**
6  Matthew D. Taylor (SBN 220032)
   801 S. Figueroa Street, Suite 2170
7  Los Angeles, California 90017
   Telephone: (213) 254-2455
8  E-mail: matthew.taylor@mdtesq.com

9  Attorneys for Plaintiffs Michael Bina and Ali Zarazvand
10

11               UNITED STATES DISTRICT COURT
12        CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION
13

14 | MICHAEL BINA, et al. | Case No.: SACV12-1030-JVS- (ANx)
15 |                       | [Hon. James V. Selna]
   |        Plaintiffs,   |
16 |    v.                 | **NOTICE OF CONDITIONAL SETTLEMENT**
17 | ABRAXAS MEDICAL SOLUTIONS, INC., et al., |
18 |        Defendants.   |

---

**NOTICE OF CONDITIONAL SETTLEMENT**

The parties to this action, by and through their designated counsel, hereby provide notice to the Court that a settlement in principle has been reached by which the parties anticipate that dismissal of the entire case, with prejudice, shall be effectuated in the near future.

At this time, the parties anticipate that all conditions required to effectuate settlement shall be met by no later than July 8, 2013, and that they will be ready to execute and file a stipulation for dismissal of the entire action, with prejudice, by that date.

DATED:   June 17, 2013              **LAW OFFICES OF AMIR M. KAHANA, P.C.**

                                                **LAW OFFICE OF MATTHEW D. TAYLOR**

By:   /s/
      Matthew D. Taylor
Attorneys for Plaintiffs Michael Bina and Ali Zarazvand

DATED:   June 17, 2013              **FREEBORN & PETERS LLP**
Michael J. Summerhill
Matthew J. Kramer

By:   /s/
      Matthew J. Kramer
Attorneys for Defendants

---

1
**NOTICE OF CONDITIONAL SETTLEMENT**